# United States District Court
# For The Western District of North Carolina
# Asheville Division

Dennis Roger VanDyke,

    Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                                1:12cv128

Chris Francis, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/3/12 Order.

                                                      Signed: July 3, 2012

                                                      Frank G. Johns, Clerk
                                                      United States District Court